IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-620-D

LUPING QU,

    Plaintiff,

v.

NORTH CAROLINA STATE
UNIVERSITY RALEIGH

    Defendant.

ORDER

The court has reviewed defendant's motion to dismiss plaintiff's complaint under the governing standard. See Fed. R. Civ. P. 12(b)(6); Ashcroft v. Iqbal, 556 U.S. 662, 677–80 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 554–63 (2007). The court DENIES defendant's motion to dismiss [D.E. 10].

SO ORDERED. This 4 day of April, 2025.

JAMES C. DEVER III
United States District Judge